UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BOB POST, | ) | CASE NO.: 5:18-CV-02809 |
| | ) | |
| Plaintiff, | ) | JUDGE: BENITA PEARSON |
| | ) | |
| vs. | ) | **STIPULATION FOR DISMISSAL AND** |
| | ) | **JOURNAL ENTRY** |
| CITY OF MUNROE FALLS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

We, the attorneys for the respective parties, do hereby stipulate that the above captioned matter has been settled and dismissed, with prejudice, as against Defendants City of Munroe Falls, James Armstrong, Jerry Hughes, and Thomas Kostoff at the cost of said Defendants. The Court may enter an Order accordingly, notice by the Clerk being hereby waived.

  IT IS SO ORDERED.

                       _____
                       JUDGE BENITA PEARSON

| | |
|---|---|
| *s/Christopher J. Lalak (per email consent)* | *s/John T. McLandrich* |
| CHRISTOPHER J. LALAK (0090079) | JOHN T. MCLANDRICH (0021494) |
| 1360 East Ninth Street | Mazanec, Raskin & Ryder Co., L.P.A. |
| Suite 808 | 100 Franklin's Row |
| Cleveland, OH 44114 | 34305 Solon Road |
| (216) 230-2955 | Cleveland, OH 44139 |
| Email: clalak@ohlaborlaw.com | (440) 248-7906 |
| | (440) 248-8861 – Fax |
| Counsel for Plaintiff | Email: jmclandrich@mrrlaw.com |
| | |
| | Counsel for Defendants City of Munroe Falls, James Armstrong, Jerry Hughes, and Thomas Kostoff |

## CERTIFICATE OF SERVICE

     I hereby certify that on May 19, 2022, a copy of the foregoing Stipulation for Dismissal and Journal Entry was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                          *s/John T. McLandrich*
                                           JOHN T. MCLANDRICH  (0021494)

                                           Counsel for Defendants City of Munroe Falls, James Armstrong, Jerry Hughes, and Thomas Kostoff

SUMM-180361/Dismissal Entry